IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA DEPARTMENT OF CONSERVATION, MARINE RESOURCES DIVISION; SILVER SHIPS, INC.; and NATIONAL LIABILITY & FIRE INSURANCE COMPANY, ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| vs. ) | CIVIL ACTION NO 08-0326-KD-B |
| WARREN ALLOY VALVE & FITTING COMPANY, LP and W & O SUPPLY, INC., et al, ) ) ) ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on a *sua sponte* review of its jurisdiction. See Alabama Power Co. v. U.S. Dept. of Energy, 307 F.3d 1300, 1308 (11th Cir. 2002) (A court has an independent duty to examine its own jurisdiction); accord University of South Alabama v. American Tobacco Co., 168 F.3d 409, 411 (11th Cir. 1999), and the objection filed by Warren Alloy Valve & Fitting Company, LP, (Warren Alloy LP) to this court's order to show cause why this case should not be remanded to the Circuit Court of Baldwin County, Alabama for lack of diversity jurisdiction (docs. 126, 127).

In the objection, defendant Warren Alloy LP states that on further research it appears that plaintiff National Liability and Fire Insurance Company (National Liability) is a Connecticut corporation with its principal place of business in Nebraska. If correct, then all of the plaintiffs are diverse from all of the defendants. Warren Alloy LP also points out that National Liability

has not filed a corporate disclosure as required by Local Rule 3.4 of the Southern District of Alabama.

Accordingly, National Liability is **ORDERED** to file a reply to Warren Alloy LP's objection on or before **June 3, 2009** and National Liability is further **ORDERED** to file the corporate disclosure as required by Local Rule 3.4, on or before **June 3, 2009**.

**DONE** this the 27th day of May, 2009.

    **s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**